UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHELBY GAIL HEIFETZ,<br><br>    Plaintiff,<br><br>    v.<br><br>TEXAS TURKEYS, INC., et al.,<br><br>    Defendants. | Case No. 5:15-cv-05726-EJD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

Having reviewed the response filed on May 25, 2016 (Dkt. No. 25), the court finds that Plaintiff has successfully demonstrated good cause to preclude the dismissal of this action for lack of prosecution. Accordingly, the Order to Show Cause (Dkt. No. 24) is DISCHARGED.

The court schedules this action for a Case Management Conference at **10:00 a.m. on July 7, 2016.** The parties shall file Joint Case Management Conference Statement on or before **June 30, 2016.**

Any motion to compel the inspection of property under General Order No. 56 is hereby REFERRED to the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: June 2, 2016

                                        EDWARD J. DAVILA
                                        United States District Judge